UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MEVI AVOCADOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MAYA FOODS, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:16-cv-3984-WSD |

## J U D G M E N T

This action having come before the Court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of the parties' Stipulation, and the Court having granted said Stipulation, it is

**Ordered and Adjudged** that in full and final settlement of the Total Debt, defendant Maya Foods, LLC shall pay to plaintiff Mevi Avocados, Inc. $93,000.00 as follows: a) $13,000.00 from the garnished funds held in the registry of the Court by garnishee Bank of America, N.A.; b) $1,666.67 per month for forty-eight (48) consecutive months, with the first payment due January 1, 2018, and all payments made by check made payable to "Mevi Avocados, Inc." no later than the 5th of each month. Monthly payments not received by Mevi Avocados, Inc. by the 5th of a given month shall be a default in payment.

Dated at Atlanta, Georgia, this 13th day of December, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: *s/ D. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered

in the Clerk's Office
   December 13, 2017
James N. Hatten
Clerk of Court
By: <u>*s/ D. McGoldrick*</u>
       Deputy Clerk